ATTORNEY GRIEVANCE COMMISSION    *    IN THE
OF MARYLAND    *    COURT OF APPEALS
200 Harry S. Truman Pkwy, Ste. 300    *    OF MARYLAND
Annapolis, MD 21401

       Petitioner,

v.    *    Misc. Docket AG

   *    No. \_\_79\_\_

JONATHAN KENNETH FRIEDLANDER    *    September Term, 2016

       Respondent.    *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of the Joint Petition for Disbarment by Consent, filed herein pursuant to Maryland Rule 19-736, and Respondent's acknowledgment therein that sufficient evidence exists to sustain allegations that he committed professional misconduct in violation of former Maryland Lawyers' Rules of Professional Conduct 1.15(a), 8.4(a) and (d), former Maryland Rules 16-606.1 and 16-607, in effect at the time of the conduct, and Business Occupations and Professions Article § 10-306, it is this \_\_12th\_\_ day of \_\_\_\_January'\_\_\_\_, 20\_17\_,

**ORDERED**, that Respondent, Jonathan Kenneth Friedlander, be and hereby is Disbarred from the practice of law in this State, effective immediately; and it is further

**ORDERED**, that, the Clerk of this Court shall strike the name of Jonathan Kenneth Friedlander from the register of attorneys in the Court, notify Respondent of the filing of this Order in accordance with Maryland Rule 19-742(a)(1), and comply with the notice provisions set for the in Maryland Rule 19-761(b).

/s/ Clayton Greene Jr.
Senior Judge